John A. Conkle (SB# 117849)
  j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
  a.washton@conklelaw.com
Desiree J. Ho (SB# 313250)
  d.ho@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California  90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendant Flying Food Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODAS, individually and on behalf of other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Flying Food Group LLC, and DOES 1 through 10,<br><br>　　　　　Defendant. | CASE No.<br><br>**DECLARATION OF JOHN A. CONKLE IN SUPPORT OF DEFENDANT FLYING FOOD GROUP, LLC'S NOTICE OF REMOVAL**<br><br>Action Filed:　　November 30, 2018<br>Trial Date:　　None |

1020.034\9984

DECLARATION OF JOHN A. CONKLE IN SUPPORT OF DEFENDANT FLYING FOOD GROUP, LLC'S NOTICE OF REMOVAL

# DECLARATION OF JOHN A. CONKLE

I, John A. Conkle, hereby declare as follows:

1. I am an active member of the State Bar of California. I am a member of Conkle, Kremer & Engel, which is counsel of record for Flying Food Group, LLC ("Defendant") in this action. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2. On November 30, 2018, Plaintiff Maria Rodas filed a Complaint on behalf of a putative class alleging wage and hour violations in the Superior Court of the State of California in the County of Los Angeles as *Maria Rodas v. Flying Food Group, LLC,* Case No. 188STCV06795 ("Complaint.") On December 20, 2018, Defendant's agent for service of process, National Registered Agents, Inc., was served the Complaint, Summons, Civil Case Cover Sheet, Alternative Dispute Resolution Information Packet, and Notice of Case Assignment. Attached to Defendant Flying Food Group, LLC's Notice of Removal as **Exhibit A** are true and correct copies of the documents served on December 20, 2018.

3. On December 31, 2018, I received by email copies of the Initial Status Conference Order and Minute Order, dated December 26, 2018. Attached to Defendant Flying Food Group, LLC's Notice of Removal as **Exhibit B** are true and correct copies of these Orders.

4. As of January 18, 2019, I am aware of the Certificate of Mailing filed on December 26, 2018, the Proof of Service of Summons filed on January 2, 2019, and the Notice of Case Reassignment and Order for Plaintiff to Give Notice filed on January 15, 2019 in the Superior Court of the State of California in the County of Los Angeles. While these documents have not been served on Defendants, attached as **Exhibit C** are true and correct copies of those documents.

5. Following the filing of the Notice of Removal in the United States District Court for the Central District of California, Defendant will promptly serve a copy of the Notice of Removal to Plaintiff's counsel, and will file a copy of the Notice of Removal with the Clerk of the Superior Court of the State of California for the County of Los Angeles.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on January 18, 2019.

*/s/ John A. Conkle*
John A. Conkle