John A. Conkle (SB# 117849)
j.conkle@conklelaw.com
Amanda R. Washton (SB# 227541)
a.washton@conklelaw.com
Desiree J. Ho (SB# 313250)
d.ho@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendant Flying Food Group, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODAS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Flying Food Group LLC, and DOES 1 through 10,<br><br>Defendant. | CASE No.<br><br>**DECLARATION OF LAURA BLAND IN SUPPORT OF DEFENDANT FLYING FOOD GROUP, LLC'S NOTICE OF REMOVAL**<br><br>Action Filed: November 30, 2018<br>Trial Date: None |

1020.034\9986

DECLARATION OF LAURA BLAND IN SUPPORT OF DEFENDANT FLYING FOOD GROUP, LLC'S NOTICE OF REMOVAL

# DECLARATION OF LAURA BLAND

I, Laura Bland, hereby declare as follows:

1. I am currently employed by Flying Food Group, LLC in the position of Corporate Recruiting Manager. Before I became the Corporate Recruiting Manager, I held the position of Human Resources Manager for Flying Food Group, LLC. I have been employed by Flying Food Group, LLC since January 3, 2014. I make this declaration of facts known to me based upon my position and employment at Flying Food Group, LLC. If called upon, I could and would testify competently to the facts stated herein.

2. I am informed and believe that Flying Food Fare, Inc. wholly owns, and is the sole member of, Flying Food Group, LLC. I am informed and believe that Flying Food Fare, Inc. is a corporation headquartered and incorporated in the State of Illinois.

3. I am informed and believe that Flying Food Group, LLC is a limited liability company organized in the State of Delaware and headquartered in the State of Illinois.

4. I am informed and believe that Flying Food Group, LLC provides payroll services for five facilities in California, and that these facilities are located at: 1) 5807 West 98th Street in Los Angeles, 2) 6751 W. Imperial Highway in Los Angeles; 3) 3305 Bandini Blvd. in Vernon; 4) 810 Malcolm Road in Burlingame; and 5) 50 Adrian Court in Burlingame.

5. I am informed and believe that the average hourly rate for the five California facilities in 2017 was approximately $15.21, and that approximately 673 employees were terminated in 2017 at the five California facilities.

6. I am informed and believe that the average hourly rate for the California facilities in 2018 was approximately $15.73, and that approximately 853 employees were terminated in 2018 at the five California facilities.

7. I am informed and believe that, as of January 17, 2019, there are approximately 415 hourly nonexempt employees currently employed at the facility located at 3305 Bandini Blvd. in Vernon, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on January 18, 2019.

*Laura Bland*

Laura Bland