John A. Conkle (SB# 117849)
  *j.conkle@conklelaw.com*
Amanda R. Washton (SB#227541)
  *a.washton@conklelaw.com*
Desiree J. Ho (SB# 313250)
  *d.ho@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendant Flying Food Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODAS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Flying Food Group LLC, and DOES 1 through 10,<br><br>Defendant. | CASE No.<br><br>**DEFENDANT FLYING FOOD GROUP, LLC'S DISCLOSURE STATEMENT**<br><br>Action Filed:  November 30, 2018<br>Trial Date:  None |

1020.034\9990

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1,
2  Defendant Flying Food Group, LLC is a wholly-owned subsidiary of Flying Food Fare,
3  Inc.

Dated: January 18, 2019

John A. Conkle
Amanda R. Washton
Desiree J. Ho, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: */s/ John A. Conkle*
John A. Conkle
Attorneys for Defendant Flying Food Group, LLC