Gregory N. Karasik (SBN 115834)
**Karasik Law Firm**
16021 Aiglon St.
Pacific Palisades, CA 90272
Tel (310) 454-2178
Fax (310) 943-2582
greg@karasiklawfirm.com

Sahag Majarian II (SBN 146621)
sahagii@aol.com
**Law Office of Sahag Majarian II**
18250 Ventura Blvd.
Tarzana, California 91356
Tel (818) 609-0807
Fax (818) 609-0892

Kane Moon (SBN 249834)
kane.moon@moonyanglaw.com
**Moon Law Group PC**
1055 West Seventh Street, Suite 1880
Los Angeles, California 90017
Tel (213) 232-3128
Fax (213) 232-3125

Attorneys for Plaintiffs
MARIA RODAS and CARINA ALFARO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODAS and CARINA ALFARO, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLYING FOOD GROUP, LLC; and DOES 1 through 10.<br><br>Defendants. | Case No. 2:19-cv-436-AB-GJSx<br><br>CLASS ACTION<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMEN**<br><br>Date: July 12, 2024<br>Time: 10:00 a.m.<br>Ctrm: 7B (1st Street) via Zoom |

Please take notice that, on July 12, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 7B of the United States Courthouse for the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, California, plaintiffs Maria Rodas and Carina Alfaro ("Plaintiffs") will and hereby do move for an order granting final approval of the class action settlement (the

"Settlement") reached with defendant Flying Food Group, LLC ("Defendant") that was preliminarily approved by the Court on March 11, 2024. Specifically, Plaintiffs move for an order:

1. Granting final approval of the Settlement and finding that the terms of the Settlement are fair, reasonable and adequate under Rule 23(e)(2) of the Federal Rules of Civil Procedure, including the amount of the settlement fund, the amount of distributions to class members, the procedure for giving notice to class members, the procedure for objecting to or opting out of the Settlement, and the maximum amounts allocated to incentive payments, costs and attorney's fees.

2. Certifying for settlement purposes the Settlement Class described in the Settlement, comprised of all persons all persons who, at any time between January 1, 2017 and November 9, 2023, worked for Flying Food Group, LLC as an hourly employee in the State of California; and certifying for settlement purposes the Shift Pay Subclass described in the Settlement, comprised of all persons who worked for Defendant as an hourly employ who received shift pay at any time when they worked at: 1) the LAV facility between November 30, 2017 and March 8, 2019; 2) the LAX or LAP facility between November 30, 2017 and March 3, 2019; or 3) the SFO facility at any time between November 30, 2017 and May 17, 2019.

3. Finding that class members were provided proper and adequate notice of their rights in a manner that satisfies the requirements of due process.

4. Directing that all class members who did not timely request exclusion from the Settlement are barred from prosecuting against the Released Parties described in the Settlement all released claims as set forth in the Settlement.

5. Directing payment from the settlement fund of settlement administration fees to Atticus Administration in the amount of $27,000 in accordance with the Settlement.

6. Directing payment from the settlement fund of settlement benefits to class members in accordance with the Settlement.

7. Awarding Plaintiffs the amount of $19,288.71 for costs.

8. Awarding Plaintiffs the amount of $300,000 for attorney's fees.

9. Awarding Plaintiff Rodas the amount of $5,000 as a class representative enhancement payment and awarding Plaintiff Alfaro the amount of $5,000 as a class representative enhancement payment.

10. Entering a final judgment dismissing the action with prejudice.

11. Providing that, notwithstanding entry of final judgment, the Court shall retain jurisdiction in this matter for the purposes of interpreting or enforcing the Settlement or final judgment

Plaintiffs' motion is made under Rule 23(e)(2) of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate; in accordance with due process, class members were provided notice of their rights under the Settlement in a reasonable manner and were given a reasonable opportunity to exclude themselves from the Settlement; and the amounts of fees, costs and enhancement awards requested by Plaintiffs are reasonable.

Plaintiffs' motion is based on this Notice; the Memorandum of Points and Authorities, Declaration of Gregory N. Karasik and Declaration of Bryn Bridley submitted herewith; all other pleadings and papers on file in this action; and any oral argument or other matter that may be considered by the Court.

This motion is made following numerous discussions with counsel for Defendant in connection with negotiating and finalizing the Settlement.  Defendant does not intend to oppose Plaintiffs' motion.

Dated: June 7, 2024     KARASIK LAW FIRM
                        LAW OFFICE OF SAHAG MAJARIAN, II
                        MOON LAW GROUP PC

                        By    s/ *Gregory N, Karasik*
                              Gregory N. Karasik
                              Attorneys for Plaintiffs